UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ANTOINETTE LAFONTANT,

                    Plaintiff,

Civ. No. 18-CV-00023 (KMK)

**CASE MANAGEMENT AND SCHEDULING ORDER**

-against-

MID-HUDSON FORENSIC PSYCHIATRIC
CENTER, and JAMES NEALE,

                    Defendants.

-------------------------------------------------------------------x

On the submission of the parties after motion practice, this Case Management Plan and Scheduling Order was adopted in accordance with Rules 16-26(f) of the Federal Rules of Civil Procedure.

1. This case is to be tried to a jury.

2. No additional parties may be joined except with leave of the Court.

3. Amended pleadings have been completed and may not be filed except with leave of the Court.

4. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) will be completed no later than November 29, 2019 [absent exceptional circumstances, within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f)]..

5. All *fact* discovery is to be completed no later than ~~May 26, 2020~~ March 12, 2020 [a period not to exceed 120 days unless the Court finds that the case presents unique complexities or other exceptional circumstances].

6. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties meet the fact discovery completion date in paragraph 6 above:

    a. Initial requests for production of documents to be served by _December 6, 2019__.

    b. Interrogatories to be served by December 6, 2019.

1

   c. Depositions to be completed by ~~May 12, 2020~~ *March 12, 2020*.

      i. Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

      ii. There is no priority in deposition by reason of a party's status as plaintiff or defendant.

      iii. Unless the parties agree or the Court so orders, non-party depositions shall follow initial party depositions.

   d. Requests to Admit to be served no later than ~~May 26, 2020~~ *March 1, 2020*.

7. All expert disclosures, including reports, production of underlying documents and depositions, including any depositions of any doctors or other practitioners who treated Plaintiff and who are alleged to have discoverable information on Plaintiff's damages, are to be completed by:

   a. Expert(s) of Plaintiff(s) ~~August 24, 2020~~ *April 12, 2020*.

   b. Expert(s) of Defendant(s) ~~September 24,~~ *May 12,* 2020.

8. Motions: All motions and applications shall be governed by the Court's Individual Practices, including pre-motion conference requirements. Summary Judgment or other dispositive motions are due at the close of discovery. Pursuant to the undersigned's Individual Practices, the parties shall request a pre-motion conference in writing at least two (2) weeks prior to this deadline.

9. All counsel must meet for at least one hour to discuss settlement not later than two weeks following the close of fact discovery.

10. a. Counsel for the parties have discussed holding a settlement conference before a Magistrate Judge.

   b. The parties do **not** request a settlement conference before a United States Magistrate Judge [circle one].

11. a. Counsel for the parties have discussed the use of the Court's Mediation Program.

   b. The parties **do not request** that the case be referred to the Court's Mediation Program [circle one].

12. a. Counsel for the parties have discussed the use of a privately-retained mediator.

      b. The parties <u>do not intend</u> to use a privately-retained mediator [circle one].

13.     The parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practices and Rule 26(a)(3), Fed.R.Civ.P. If this action is to be tried before a jury, proposed voir dire, jury instructions and a verdict form shall be filed with the Joint Pretrial Order. Counsel are required to meet and confer on jury instructions and verdict form in an effort to make an agreed upon submission.

14.     Parties have conferred and their present best estimate of the length of trial is <u>one week</u>.

SO ORDERED.

Dated: White Plains, New York

                                          Hon. Kenneth M. Karas,
                                          United States District Judge

*[Handwritten:]* The next conference will be 5/14/20, at 2:00

So Ordered.

KMK

11/12/19