**MEMO ENDORSED**

Michael Ranis, Esq.
Co-Lab Goshen, 45 St. John Street
Goshen, New York 10924
(914) 584-6445; mranislaw@gmail.com

February 10, 2021

<u>Via ECF</u>

Honorable Kenneth M. Karas
United States District Court
Southern District of the State of New York
300 Quarropas Street
White Plains, NY 10601

                Re: <u>Lafontant v. Mid-Hudson Forensic Psychiatric Center, et al., No. 18-cv-00023 (KMK) (PED)</u>

Dear Judge Karas:

    I write on behalf of plaintiff Antoinette Lafontant in the above-referenced case to request an adjournment of the status conference currently scheduled for February 11, 2021 at 10:30 a.m.

    This request is made to adjourn the conference while a determination of Plaintiff's Counsel's Motion to Withdraw as Counsel is made. This is the first such request. Defendants have no objection to the adjournment while that Motion is pending.

    Thank you also to your Clerks for assisting us with this scheduling issue.
in for your continued patience and assistance in this matter.

                                  Respectfully submitted,

                                  *s/Michael Ranis*

                                  Michael Ranis

cc: Matthew Lawson, Esq. (by ecf)
    Rebecca Culley, Esq. (by ecf)
    Antoinette Lafontant, (by email)

*Granted. The Court will hold a telephone conference on 3/10/21 at 2:30 pm*

SO ORDERED
Kenneth M. Karas, U.S.D.J.
2/12/2021

1