UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LAFONTANT,

                Plaintiff,                18 **CIVIL** 0023(KMK)

    -against-                      **JUDGMENT**

MID-HUDSON FORENSIC
PSYCHIATRIC CENTER ET AL.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 10, 2023, Defendants' motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York
           October 10, 2023

                                               **RUBY J. KRAJICK**
                                               **Clerk of Court**

                                **BY:**
                                                   _____
                                                     **Deputy Clerk**